# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ALAN LAWRIE, | CASE NO. 1:11-cv-00947-SMS PC |
| Plaintiff, | ORDER STRIKING SPECIAL AMENDMENT TO ADD NEW PLAINTIFF |
| v. | (ECF No. 10) |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

Plaintiff Matthew Alan Lawrie ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The complaint in this action was filed on May 25, 2011. On August 26, 2011, Plaintiff filed a Special Amendment to Add a New Plaintiff. (ECF No. 10.)

An amended complaint supercedes the original complaint, Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997); King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987), and must be "complete in itself without reference to the prior or superceded pleading." Local Rule 220.

Under Local Rule 220, Plaintiff cannot amend the original complaint simply by attaching documents to it. Moreover, the Court cannot add exhibits to the record by attaching them to documents already filed. Therefore, to amend the complaint, Plaintiff must submit a first amended complaint which is complete in itself.

Additionally, Plaintiff is not an attorney and he is proceeding without counsel. While a non-attorney proceeding pro se may bring his own claims to court, he may not represent others. E.g., Simon v. Hartford Life, Inc., 546 F.3d 661, 664-65 (9th Cir. 2008); Fymbo, 213 F.3d at 1321; Johns

v. County of San Diego, 114 F.3d 874, 876 (9th Cir. 1997); C. E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987).

Accordingly, Plaintiff's Special Amendment to Add a New Plaintiff, filed August 26, 2011, is STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   August 31, 2011**                              /s/ Sandra M. Snyder
                                                         UNITED STATES MAGISTRATE JUDGE