# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MATTHEW ALAN LAWRIE,

                Plaintiff,

    v.

KATHLEEN ALLISON, et al.,

                Defendants.

_____/

CASE NO. 1:11-cv-00947-BAM PC

ORDER DIRECTING THE CLERK'S OFFICE TO SERVE COURTESY COPIES OF THIS ORDER AND THE ORDER DISMISSING PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM ON THE RECEIVER'S OFFICE

Plaintiff Matthew Alan Lawrie ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The complaint in this action was filed on May 25, 2011.  Plaintiff filed motions for a preliminary injunction on December 12, 2011, and December 15, 2011.

In an order filed concurrently with this order, the Court ordered the complaint be dismissed for failure state a claim and that the motions for preliminary injunction be denied for lack of jurisdiction.  Plaintiff allegedly suffers from severe back and shoulder pain due to an injury to his lower back.  In light of the seriousness of Plaintiff's allegations that he is not receiving treatment for his pain which is causing chest pain and high blood pressure, the Clerk's Office shall serve courtesy copies of this order and the order dismissing Plaintiff complaint for failure to state a claim on the Receiver's Office.  The Court requests that the Receiver's Office check into this situation to ensure that Plaintiff is not being denied necessary, effective treatment arbitrarily and without a sound medical basis.

/////

1

Accordingly, it is HEREBY ORDERED that the Clerk's Office SHALL serve courtesy copies

of this order and the separately issued order dismissing the complaint for failure to state a claim on

J. Clark Kelso, Receiver, California Prison Health Care Receivership.

      IT IS SO ORDERED.

**Dated:**   **December 20, 2011**            **/s/ Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE